438

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CLIFFORD RUSSELL WHITE, Defendant-Appellant.

(No. 74-191;

Fifth District—June 11, 1975.

PER CURIAM.

Stephen P. Hurley and Daniel M. Kirwan, both of State Appellate Defender's Office, of Mt. Vernon (P. Keith Scoggins, Jr., Research Assistant), for appellant.

Robert J. Hawkins, State's Attorney, of Fairfield (Bruce D. Irish, of Illinois State's Attorneys Association, of counsel), for the People.